UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 21-cv-14474-MARTINEZ

DAVID ORTIZ,

      Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

      Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Plaintiff brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). (ECF No. 1-1, at 5–6.) The question as to whether claimants have Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's en banc rehearing in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021). After careful consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

2.     The Parties shall file a joint status report w**ithin seven days** of the issuance of an opinion in *Hunstein*.

3.     This case is **CLOSED for administrative purposes**. All pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE and ORDERED in Chambers at Miami, Florida this 16th day of December, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record